In the Matter of the Supplementary Proceedings of JOHN H. OULEHAN and WILLIAM M. OULEHAN, Doing Business as " OULEHAN PAPER COMPANY," Judg-

* Transferred from Appellate Division, Third Department, pursuant to section 618 of the Civil Practice Act, by order entered on May 1, 1936.— [REP.

ment Creditors, Appellants, against ALESSANDRO PRONTI, Judgment Debtor, Respondent, under a Judgment, etc.— Order reversed on the law, without costs, and motion denied, without costs. All concur. (The order grants motion of judgment debtor to vacate order for his examination in proceedings supplementary to execution.) Present — Sears, P. J., Taylor, Thompson, Crosby and Lewis, JJ.